UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | |
| THE SEARCH OF FAIR FINANCE, FAIR ) | 1:10-mc-008 SEB-TAB |
| FINANCIAL, OBSIDIAN ENTERPRISES, ) | |
| AND TIMOTHY S. DURHAM ) | |

### ORDER TO SHOW CAUSE

On January 6, 2010, Ohio attorney, Karen Lefton, initiated this miscellaneous cause by filing a Motion to Unseal Search Warrant Documents. That Motion, filed on behalf of several newspapers referenced as "Intervenors," asks the Court to "unseal any and all Search Warrant Documents issued in this case, and to order the government to file such records as required by Fed. Rule Crim. P. 41(i)." [Docket No. 1, Memorandum of Law at p. 18 (emphasis added).] This miscellaneous cause and, in particular, the Motion to Unseal are problematic submissions for several reasons.

First, while the newspapers are described as "Intervenors," this matter was not an already existing cause on the Court's docket into which the newspapers can seek to intervene as interested parties. This matter was *initiated* by the newspapers, and they are the ones directly seeking relief from the Court. As such, they are not "intervenors," they are *party plaintiffs*.

Second, the newspapers ask the Court to take certain action against the Government, but the newspapers did not name or serve the Government as a defendant, thereby preventing it from having an opportunity to appear and answer as to its interests. Contrary to the representations made in the Certificates of Service accompanying the newspapers' filings, the Government was not served with the filings herein via the Court's CM-ECF system. Because the Government is not named as a party,

and no attorney for the Government has appeared, there is nothing that would have triggered CM-ECF to make service on the Government. It is, therefore, unclear whether there has been any kind of service on the Government in this miscellaneous cause. This obviously raises due process concerns.

Finally, search warrants are typically generated in criminal, not civil, cases. The newspapers seek to unseal search warrant documents purportedly issued "*in this case*." Having themselves initiated this action, they should know that no search warrant documents ever issued "*in this case*."

Based on the manner in which this matter has been framed, the relief sought cannot be considered, never mind granted, even assuming it should be. Ms. Lefton and the newspapers she represents are, thus, ordered to show cause on or before February 5, 2010, why this miscellaneous cause should not be dismissed as improperly filed based on the above-described deficiencies.

IT IS SO ORDERED.

Date: 01/28/2010

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Karen C. Lefton
BROUSE MCDOWELL, LPA
388 S. Main Street
Suite 500
Akron, OH 44311

Winfield D. Ong
UNITED STATES ATTORNEY'S OFFICE
winfield.ong@usdoj.gov